**SO ORDERED.**

**SIGNED September 15, 2026.**

**MICHAEL A. CRAWFORD**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | | |
|---|---|---|
| FRANCES MARGARET CLEMENT | CASE NO.: | 26-10562 |
| DEBTOR | CHAPTER: | 13 |

**ORDER CONVERTING FROM CHAPTER 13 TO CHAPTER 7**

Considering the motion to convert this case to chapter 7 filed by the debtor, the record of the case and applicable law,

**IT IS ORDERED**:

1. This chapter 13 case is converted to a chapter 7 case.
2. The debtor and counsel shall participate in the meeting of creditors to be scheduled pursuant to 11 U.S. C. § 341. Failure of the debtor or counsel to participate in the meeting of creditors may result in an order to show cause why the party should not be held in civil contempt or otherwise sanctioned for failure to participate, including without limitation, dismissal of this case with a bar to refiling and without a discharge.

### END OF ORDER ###